# United States District Court ORIGINAL

<u>CENTRAL</u> DISTRICT OF <u>CALIFORNIA</u>

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

ONE 2018 TESLA MODEL X, VEHICLE IDENTIFICATION NUMBER 5YJXCBE27JF103012

CASE NUMBER: 8:19-mj-00690

TO: <u>Department of Homeland Security ("DHS"), Homeland Security Investigations, Los Angeles</u>, and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Task Force Officer Alice Porter</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

ONE 2018 TESLA MODEL X, VEHICLE IDENTIFICATION NUMBER 5YJXCBE27JF103012

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under <u>18 U.S.C. § 981(b), and 18 U.S.C. § 2323</u>

concerning a violation of <u>18 U.S.C. § 2320 (trafficking of counterfeit goods).</u>

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

_September 9, 2019_
Date

Santa Ana, California
City and State

Honorable Douglas F. McCormick, U.S. Magistrate Judge
Title of Judicial Officer

Signature of Judicial Officer

*AUSA Jonathan Galatzan*

Case 8:19-mj-00690-DUTY Document 3 Filed 09/26/19 Page 2 of 2 Page ID #:48
Case 8:19-mj-00690-DUTY *SEALED* Document 1-2 *SEALED* Filed 09/09/19 Page 2 of 2
Page ID #:23

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/09/2019 | 09/12/2019 1130HRS | ALEXANDER BRUSILOVSKY |

INVENTORY MADE IN THE PRESENCE OF

ALICE PORTER, TFO

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 2018 TESLA MODEL X VEHICLE, BLACK IN COLOR. VEHICLE IDENTIFICATION NUMBER (VIN) 5YJXCBE27JF103012, MILEAGE 10955.

# CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 09/26/2019

_____
Executing Officer's Signature

TFO ALICE PORTER
Printed Name and Title